168 A.3d 1181

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. AARON G. WILLIAMS, DEFENDANT–RESPONDENT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003655–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.